RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Defendant
CARRIER IQ, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER MEDINE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARRIER IQ, INC., and APPLE INC.,<br><br>Defendants. | Case No.: 3:11-cv-06178-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE** |

Pursuant to stipulation, it is HEREBY ORDERED:

1.      The date set for ADR certification and selection is continued until further order

from this Court.

2.      This Stipulation does not constitute a waiver by Carrier IQ or Apple of any

defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

matter jurisdiction, improper venue, sufficiency of process, or service of process.

Dated:_____ 4/24/12 __



Honorable Edward M. Chen
United States District Judge