1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     650.988.8500
   Facsimile:     650.938.5200

6  TYLER G. NEWBY (CSB No. 205790)
7  tnewby@fenwick.com
   JENNIFER J. JOHNSON (CSB No. 252897)
8  jjjohnson@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA 94104
10 Telephone:     (415) 875-2300
   Facsimile:     (415) 281-1350

11

12 Attorneys for Defendant
   CARRIER IQ, INC.
13

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER MEDINE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CARRIER IQ, INC., and APPLE INC.,<br><br>Defendants. | Case No.: 3:11-cv-06178-EMC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR CONTINUANCE |

Pursuant to stipulation, it is HEREBY ORDERED:

1.  The date set for ADR certification and selection is continued until further order from this Court.

2.  This Stipulation does not constitute a waiver by Carrier IQ or Apple of any defense, including but not limited to the defenses of lack of personal jurisdiction, lack of subject

1  matter jurisdiction, improper venue, sufficiency of process, or service of process.

3  Dated: _____ 4/24/12 __     _____
                                   Honorable Edward M. Chen
                                   United States District Judge



[PROPOSED] ORDER                          2                    Case No.: 3:11-cv-06178-EMC